STATE OF NEW JERSEY v. RICHARD WESLEY LOVE.

February 27, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES JOHNSON.

February 27, 1973. Petition for certification denied.

LONZIE JACKSON'S LOUNGE, INC., t/a JACKSON'S LOUNGE v. MUNICIPAL BOARD OF ALCOHOLIC BEVERAGE CONTROL OF THE CITY OF NEWARK.

February 27, 1973. Petition for certification denied.

RAYMOND W. SCHROEDER v. BOARD OF CHOSEN FREEHOLDERS OF THE COUNTY OF ESSEX.

February 27, 1973. Petition for certification granted.

GEORGE E. BROWN v. NEW JERSEY STATE PAROLE BOARD.

February 27, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS PAPANIER.
STATE OF NEW JERSEY v. THOMAS BILOTTI.

February 27, 1973. Petition for certification denied.